EJ-150

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(name and address)*: | |
|---|---|
| After recording, return to:<br>Thomas C. Frost          SBN: 185187<br>FROST LAW FIRM<br>Address  401 West A Street, Ste. 1150<br>SAN DIEGO, CA 92101<br>TEL NO.: 6198221740        FAX NO. *(optional)*:<br>EMAIL ADDRESS *(optional)*: tfrost@thefrostfirm.com<br>[X] ATTORNEY FOR    [ ] ORIGINAL JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: Unites States District Court for Central District California
MAILING ADDRESS: 411 West 4th Street
CITY AND ZIP CODE: Santa Ana, CA 92701-4516
BRANCH NAME: Southern Division

*FOR RECORDER'S USE ONLY*

PLAINTIFF/PETITIONER: AK Futures LLC
DEFENDANT/RESPONDENT: Smoke Tokes, LLC

LEVYING OFFICER *(name and address)*:
US Marshals Service
411 West 4th Street
Santa Ana, CA  92701-4516

**NOTICE OF LEVY**

under Writ of     [X] Execution (Money Judgment)
                  [ ] Sale

LEVYING OFFICER FILE NO.:

COURT CASE NO.:
8:21-cv-01061-JVS-ADS

TO THE PERSON NOTIFIED *(name)*: Smoke Tokes, LLC
1. The judgment creditor seeks to levy upon property in which the judgment debtor has an interest and apply it to the satisfaction of a judgment as follows:
   a. Judgment debtor (name): Smoke Tokes, LLC
   b. The property to be levied upon is described:
      [ ] in the accompanying writ of possession or writ of sale.
      [X] as follows: See Attachment 1b.

2. The judgment is for *(check one)*:
   [ ] wages owed.    [ ] child/spousal support.    [X] other.
3. The amount necessary to satisfy the judgment creditor's judgment writ is
   a. Total amount due (less partial satisfactions) from line 18 of writ (form EJ-130) . . . . . . . . . . $   244,152.40
   b. Levy fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
   c. Sheriff's disbursement fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
   d. Recoverable costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $   390,171.00
   e. Total *(a through d)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $   634,323.40
   f. Daily interest from line 19a of writ (form EJ-130) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $   24,415.20
4. You are notified as:
   a. [X] a judgment debtor.
   b. [ ] a person other than the judgment debtor *(state capacity in which person is notified)*:

**(Read Information for Judgment Debtor or Information for Person Other Than Judgment Debtor on page two.)**

Notice of Levy was
[ ] mailed on *(date)*:
[X] delivered on *(date)*: December 9, 2022

[ ] posted on *(date)*:
[ ] filed on *(date)*:
[ ] recorded on *(date)*:

Date: December 9,2022

US Marshals Service
(TYPE OR PRINT NAME)

▶ (SIGNATURE)
[X] Levying officer    [ ] Registered process server

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-150 [Rev. September 1, 2020]

**NOTICE OF LEVY**
**(Enforcement of Judgment)**

Code of Civil Procedure, § 699.540
www.courts.ca.gov

Westlaw Doc & Form Builder™

Case 8:21-cv-01061-JVS-ADS   Document 43-3   Filed 12/14/22   Page 2 of 9   Page ID #:695

EJ-150

| SHORT TITLE: AK Futures LLC v Smoke Tokes LLC | LEVYING OFFICER FILE NO.: | COURT CASE NO.: 8:21-cv-01061-JVS-ADS |
|---|---|---|

## –INFORMATION FOR JUDGMENT DEBTOR–

1. The levying officer is required to take custody of the property described in item 1 in your possession or under your control.

2. There are automatic exemptions that financial institutions should apply to a deposit account before providing funds to the levying officer. See below for more information.

3. You may claim any available exemption for your property. A list of exemptions can be found on form EJ-155. **If you wish to claim an exemption for personal property, you must do so within 15 days after this notice was delivered to you or 20 days after this notice was mailed to you** by filing a claim of exemption and one copy with the levying officer as provided in section 703.520 of the Code of Civil Procedure. The date of filing is calculated as the date the claim is received by the levying officer, or the date of the postmark if the claim is mailed and assigned a tracking number by the U.S. Postal Service or another common carrier. **If you do not claim an exemption, you may lose it and the property is subject to enforcement of a money judgment. If you wish to seek the advice of an attorney, you should do so immediately so that a claim of exemption can be filed on time.**

4. You are not entitled to claim an exemption for property that is levied upon under a judgment for sale of property. This property is described in the accompanying writ of sale. You may, however, claim available exemptions for property levied upon to satisfy damages or costs awarded in such a judgment.

5. You may obtain the release of your property by paying the amount of a money judgment with interest and costs remaining unpaid.

6. If your property is levied upon under a writ of execution or to satisfy damages and costs under a writ of possession or sale, the property may be sold at an execution sale, perhaps at a price substantially below its value. Notice of sale will be given to you. Notice of sale of real property (other than a leasehold estate with an unexpired term of less than two years) may not be given until at least 120 days after this notice is served on you. This grace period is intended to give you an opportunity to settle with the judgment creditor, to obtain a satisfactory buyer for the property, or to encourage other potential buyers to attend the execution sale.

7. All sales at an execution sale are final; there is no right of redemption.

## – INFORMATION FOR PERSON OTHER THAN JUDGMENT DEBTOR –

1. If the property levied upon is in your possession or under your control and you do not claim the right to possession or a security interest, you must deliver the property to the levying officer. If you do not deny an obligation levied upon or do not claim a priority over the judgment creditor's lien, you must pay to the levying officer the amount that is due and payable and that becomes due and payable during the period of the execution lien, which lasts two years from the date of issuance of the writ of execution. You must execute and deliver any documents needed to transfer the property.

2. If you are a financial institution, you are required to apply applicable exemptions to deposit accounts. See below.

3. You must complete the accompanying Memorandum of Garnishee within 10 days.

4. If you claim ownership or the right to possession of real or personal property levied upon or if you claim a security interest in or lien on personal property levied upon, you may make a third-party claim and obtain the release of the property under sections 720.010–720.800 of the Code of Civil Procedure.

5. **Make checks payable to the levying officer shown on page 1.**

## – INFORMATION ABOUT DEPOSIT ACCOUNTS –

1. If the levy is *not* to satisfy a judgment for wages owed, child or spousal support, or liability to the state government, financial institutions must automatically exempt money in a deposit account up to a certain dollar amount, under section 704.220 of the Code of Civil Procedure, with no claim of exemption required. See form EJ-156 for the exemption amount.

2. Other automatic exemptions may apply to deposit accounts, such as exemptions for directly deposited social security or public benefits under section 704.080. (See form EJ-156 for the exemption amounts.) Generally, the financial institution should apply the larger set of exemptions that apply to an account. See section 704.220(b).

3. If a judgment debtor has multiple accounts in one or more financial institutions, either the judgment creditor or judgment debtor may file an application in the superior court identified on the front of this form for an order as to which account the exemption should apply. (See section 704.220(e).) To get such an order, file an *Ex Parte Application for Order on Deposit Account Exemption* (form EJ-157) as soon as possible. (See EJ-157-INFO for instructions.) If the judgment debtor has more than one account in a financial institution, that institution may decide how and to which account to apply the exemption, unless it is served with a court order directing how to apply the exemption.

MC-012

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Thomas C. Frost | 185187 | |
| FIRM NAME: FROST LAW FIRM | | |
| STREET ADDRESS: Address 110 W A ST SAN DIEGO | | |
| CITY: SAN DIEGO   STATE: CA   ZIP CODE: 92101-3702 | | |
| TELEPHONE NO.: 6198221740   FAX NO.: | | |
| E-MAIL ADDRESS: tfrost@thefrostfirm.com | | |
| ATTORNEY FOR (name): AK Futures LLC | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: Unites States District Court for Central District California
MAILING ADDRESS: 411 West 4th Street
CITY AND ZIP CODE: Santa Ana, CA 92701-4516
BRANCH NAME: Southern Division

PLAINTIFF: AK Futures LLC
DEFENDANT: Smoke Tokes, LLC

**MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST**

CASE NUMBER: 8:21-cv-01061-JVS-ADS

1. [X] **Postjudgment costs**
   a. I claim the following costs after judgment incurred within the last two years *(indicate if there are multiple items in any category)*:

   | | | Dates Incurred | Amount |
   |---|---|---|---|
   | (1) | Preparing and issuing abstract of judgment | | $ |
   | (2) | Recording and indexing abstract of judgment | | $ |
   | (3) | Filing notice of judgment lien on personal property | | $ |
   | (4) | Issuing writ of execution, to extent not satisfied by Code Civ. Proc., § 685.050 *(specify county)*: | | $ |
   | (5) | Levying officers fees, to extent not satisfied by Code Civ. Proc., § 685.050 or wage garnishment | 12-09-22 est | $ 9,000.00 |
   | (6) | Approved fee on application for order for appearance of judgment debtor, or other approved costs under Code Civ. Proc., § 708.110 et seq. | | $ |
   | (7) | Attorney fees, if allowed by Code Civ. Proc., § 685.040 | after12-08-21 incl 3dpartycost | $ 381,171.00 |
   | (8) | Other: _____ *(Statute authorizing cost)*: _____ | | $ |
   | (9) | Total of claimed costs for current memorandum of costs *(add items (1)–(8))* | | $ 390,171.00 |

   b. All previously allowed postjudgment costs $ 0.00
   c. **Total** of all postjudgment costs *(add items a and b)* $ 390,171.00

2. [X] **Credits to interest and principal**
   a. I acknowledge total payments to date in the amount of: $ 0.00 (including returns on levy process and direct payments). The payments received are applied first to the amount of accrued interest, and then to the judgment principal (including postjudgment costs allowed) as follows: credit to accrued interest: $_____ ; credit to judgment principal $_____ .
   b. **Principal remaining due:** The amount of judgment principal remaining due is $ 244,152.40 . *(See Code Civ. Proc., § 680.300)*

3. [X] **Accrued interest remaining due:** I declare interest accruing (at the legal rate) from the date of entry or renewal and on balances from the date of any partial satisfactions (or other credits reducing the principal) remaining due in the amount of $ 24,415.00 .

4. I am the: [ ] judgment creditor   [ ] agent for the judgment creditor   [X] attorney for the judgment creditor.
   I have knowledge of the facts concerning the costs claimed above. To the best of my knowledge and belief, the costs claimed are correct, reasonable, and necessary, and have not been satisfied.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 7, 2022

Thomas C. Frost
(TYPE OR PRINT NAME)

▶ *Thomas Frost*
(SIGNATURE OF DECLARANT)

**NOTICE TO THE JUDGMENT DEBTOR**
If this memorandum of costs is filed at the same time as an application for a writ of execution, any statutory costs, not exceeding $100 in aggregate and not already allowed by the court, may be included in the writ of execution. The fees sought under this memorandum may be disallowed by the court upon a motion to tax filed by the debtor, notwithstanding the fees having been included in the writ of execution. (Code Civ. Proc., § 685.070(e).) A motion to tax costs claimed in this memorandum must be filed within 10 days after service of the memorandum. (Code Civ. Proc., § 685.070(c).)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
MC-012 [Rev. September 1, 2018]

**MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST**

Code of Civil Procedure,
§§ 685.040, 685.070, 695.220
www.courts.ca.gov
Westlaw Doc & Form Builder™

MC-012

| Short Title: AK Futures LLC v Smoke Tokes LLC | CASE NUMBER: 8:21-cv-01061-JVS-ADS |
|---|---|

## PROOF OF SERVICE

☐ Mail    ☐ Personal Service

1. At the time of service I was at least 18 years of age and not a party to this legal action.
2. My residence or business address is: Address 110 W A ST SAN DIEGO, SAN DIEGO, CA 92101-3702

3. ☐ I mailed or personally delivered a copy of the *Memorandum of Costs After Judgment, Acknowledgment of Credit, and Declaration of Accrued Interest* as follows *(complete either a or b)*:

   a. ☐ **Mail.** I am a resident of or employed in the county where the mail occurred.
      (1) I enclosed a copy in an envelope AND
         (a) ☐ **deposited** the sealed envelope with the United States Postal Service with the postage fully prepaid.
         (b) ☐ **placed** the envelope for collection and mailing on the date and at the place shown in items below following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.
      (2) The envelope was addressed and mailed as follows:

         (a) Name of person served:
         (b) Address on envelope:
         (c) Date of mailing:
         (d) Place of mailing *(city and state)*:

   b. ☐ **Personal delivery.** I personally delivered a copy as follows.
      (1) Name of person served:
      (2) Address where delivered:
      (3) Date delivered:
      (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December   2022

Thomas C. Frost
(TYPE OR PRINT NAME)                                    ▶ _____
                                                           (SIGNATURE OF DECLARANT)

MC-012 [Rev. September 1, 2018]   **MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST**   Page 2 of 2

EJ-155

# EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENTS

The following is a list of assets that may be exempt from levy in enforcing a judgment.

Exemptions are found in the United States Code (**USC**) and in the California codes, primarily the Code of Civil Procedure (**CCP**).

Because of periodic changes in the law, the list may not include all exemptions that apply in your case. The exemptions may not apply in full or under all circumstances. Some are not available after a certain period of time. You or your attorney should read the statutes.

If you believe the assets that are being levied on are exempt, file the claim of exemption form that you received with the *Notice of Levy* packet.

AMOUNT OF EXEMPTIONS: For the exemption amount, please refer to the code section listed below for each type of property. The current amounts of certain exemptions are listed in *Current Dollar Amounts of Exemptions From Enforcement of Judgments* (form EJ-156). The amounts of some of the exemptions are amended every three years and become effective immediately on April 1 under the provisions of Code of Civil Procedure section 703.150.

| Type of Property | Code and Section | Type of Property | Code and Section |
|---|---|---|---|
| ABLE Accounts | Welf & I C § 4880(c) | Benefit Payments *(cont.)* | |
| Accounts *(See Deposit Accounts)* | | Relocation Benefits | CCP § 704.180 |
| Appliances | CCP § 704.020 | Retirement Benefits and Contributions: | |
| Art and Heirlooms | CCP § 704.040 | Private | CCP § 704.115 |
| Automobiles | CCP § 704.010 | Public | CCP § 704.110 |
| BART District Benefits | CCP § 704.110 | Segregated Benefit Funds | Ins C § 10498.5 |
| | Pub Util C § 28896 | Social Security Benefits | 42 USC § 407 |
| Benefit Payments: | | Strike Benefits | CCP § 704.120 |
| BART District Benefits | CCP § 704.110 | Supplemental Security Income | 42 USC § 1383 |
| | Pub Util C § 28896 | | 42 USC § 407(d) |
| Charity | CCP § 704.170 | Transit District Retirement Benefits (Alameda and Contra Costa Counties) | CCP § 704.110 |
| Civil Service Retirement Benefits (Federal) | 5 USC § 8346 | | Pub Util C § 25337 |
| County Employees Retirement Benefits | CCP § 704.110 | Unemployment Benefits and Contributions | CCP § 704.120 |
| | Govt C § 31452 | Veterans Benefits | 38 USC § 5301 |
| Disability Insurance Benefits | CCP § 704.130 | Veterans Medal of Honor Benefits | 38 USC § 1562 |
| Fire Service Retirement Benefits | CCP § 704.110 | Welfare Payments | CCP § 704.170 |
| | Govt C § 32210 | | Welf & I C § 17409 |
| Fraternal Organization Funds Benefits | CCP § 704.130 | Workers Compensation | CCP § 704.160 |
| | CCP § 704.170 | Boats | CCP § 704.060 |
| Health Insurance Benefits | CCP § 704.130 | | CCP § 704.710 |
| Irrigation System Retirement Benefits | CCP § 704.110 | Books | CCP § 704.060 |
| Judges Survivors Benefits (Federal) | 28 USC § 376(n) | Building Materials (Residential) | CCP § 704.030 |
| Legislators Retirement Benefits | CCP § 704.110 | Business: Licenses | CCP § 695.060 |
| | Govt C § 9359.3 | | CCP § 699.720(a)(1) |
| Life Insurance Benefits: | | Tools of Trade | CCP § 704.060 |
| Group | CCP § 704. 100 | Cars and Trucks (including proceeds) | CCP § 704.010 |
| Individual | CCP § 704. 100 | Cash | CCP § 704.070 |
| Lighthouse Keepers Surviving Spouses Benefits | 33 USC § 775 | Cemeteries: Land Proceeds | Health & SC § 7925 |
| Longshore & Harbor Workers Compensation or Benefits | 33 USC § 916 | Plots | CCP § 704.200 |
| Military Benefits: | | Charity | CCP § 704.170 |
| Retirement | 10 USC § 1440 | Claims, Actions and Awards: Personal Injury | CCP § 704.140 |
| Survivors | 10 USC § 1450 | Worker's Compensation | CCP § 704.160 |
| Municipal Utility District Retirement Benefits | CCP § 704.110 | Wrongful Death | CCP § 704.150 |
| | Pub Util C § 12337 | Clothing | CCP § 704.020 |
| Peace Officers Retirement Benefits | CCP § 704.110 | Condemnation Proceeds | CCP § 704.720(b) |
| | Govt C § 31913 | County Employees Retirement Benefits | CCP § 704.110 |
| Pension Plans (and Death Benefits): | | | Govt C § 31452 |
| Private | CCP § 704.115 | Damages *(See Personal Injury and Wrongful Death)* | |
| Public | CCP § 704.110 | Deposit Accounts: | |
| Public Assistance | CCP § 704.170 | Deposit Accounts (generally) | CCP § 704.220 |
| | Welf & I C § 17409 | Deposit Accounts (hardship) | CCP § 704.225 |

Form Adopted for Mandatory Use
Judicial Council of California
EJ-155 [Rev. September 1, 2021]

**EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENTS**

Page 1 of 2

Code of Civil Procedure,
§§ 681.030(c), 700.010
www.courts.ca.gov

Westlaw Doc & Form Builder

| | | | EJ-155 |
|---|---|---|---|
| **EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENTS** | | | |
| *(Continued)* | | | |

| Type of Property | Code and Section | Type of Property | Code and Section |
|---|---|---|---|
| Deposit Accounts *(cont.)* | | Motor Vehicle (Including Proceeds) | CCP § 704.010 |
| Escrow or Trust Funds | Fin C § 17410 | | CCP § 704.060 |
| Social Security Direct Deposits | CCP § 704.080 | Municipal Utility District Retirement Benefits | CCP § 704.110 |
| Direct Deposit Account: | | Peace Officers Retirement Benefits | Pub Util C § 12337 |
| Social Security | CCP § 704.080 | | CCP § 704.110 |
| Supplemental Security Income | CCP § 704.080 | | Govt C § 31913 |
| Public Benefits | CCP § 704.080 | Pension Plans: | |
| Disability Insurance Benefits | CCP § 704.130 | Private | CCP § 704.115 |
| Dwelling House | CCP § 704.740 | Public | CCP § 704.110 |
| Earnings | CCP § 704.070 | Personal Effects | CCP § 704.020 |
| | CCP § 706.050 | Personal Injury Actions or Damages | CCP § 704.140 |
| | 15 USC § 1673(a) | Prisoner's Funds | CCP § 704.090 |
| Educational Grant | Ed C § 21116 | Property Not Subject to Enforcement of Money Judgments | CCP § 704.210 |
| Employment Bonds | Lab C § 404 | | |
| Federal Emergency Management Agency (FEMA) funds | CCP § 704.230 | Prosthetic and Orthopedic Devices | CCP § 704.050 |
| Financial Assistance: | | Provisions (for Residence) | CCP § 704.020 |
| Charity | CCP § 704.170 | Public Assistance | CCP § 704.170 |
| Public Assistance | CCP § 704.170 | | Welf & I C § 17409 |
| | Welf & I C § 17409 | Public Employees: | |
| Student Aid | CCP § 704.190 | Death Benefits | CCP § 704.110 |
| Welfare *(See Public Assistance)* | | Pension | CCP § 704.110 |
| Fire Service Retirement | CCP § 704.110 | Retirement Benefits | CCP § 704.110 |
| | Govt C § 32210 | Vacation Credits | CCP § 704.113 |
| Fraternal Organizations Funds and Benefits | CCP § 704.130 | Railroad Retirement Benefits | 45 USC § 231m |
| | CCP § 704.170 | Railroad Unemployment Insurance | 45 USC § 352(e) |
| Fuel for Residence | CCP § 704.020 | Relocation Benefits | CCP § 704.180 |
| Furniture | CCP § 704.020 | Retirement Benefits and Contributions: | |
| General Assignment for Benefit of Creditors | CCP § 1801 | Private | CCP § 704.115 |
| Health Aids | CCP § 704.050 | Public | CCP § 704.110 |
| Health Insurance Benefits | CCP § 704.130 | | Ins C § 10498.5 |
| Home: | | | |
| Building Materials | CCP § 704.030 | Scholarshare (Higher Education Savings) | CCP § 704.105 |
| Dwelling House | CCP § 704.740 | Segregated Benefit Funds | Ins C § 10498.6 |
| Homestead | CCP § 704.720 | Servicemembers Property | 50 USC § 523(b) |
| | CCP § 704.730 | Social Security | 42 USC § 407 |
| Housetrailer | CCP § 704.710 | Social Security Direct Deposit | CCP § 704.080 |
| Mobilehome | CCP § 704.710 | Strike Benefits | CCP § 704.120 |
| Homestead | CCP § 704.720 | Supplemental Security Income | 42 USC § 1383(d) |
| | CCP § 704.730 | | 42 USC § 407 |
| Household Furnishings | CCP § 704.020 | Student Aid | CCP § 704.190 |
| Insurance: | | Tools of Trade | CCP § 704.060 |
| Disability Insurance | CCP § 704.130 | Transit District Retirement Benefits (Alameda and Contra Costa Counties) | CCP § 704.110 |
| Fraternal Benefit Society | CCP § 704.110 | | |
| Group Life | CCP § 704.100 | | |
| Health Insurance Benefits | CCP § 704.130 | | Pub Util C § 25337 |
| Individual | CCP § 704.100 | Travelers Check Sales Proceeds | Fin C § 1875 |
| Insurance Proceeds—Motor Vehicle | CCP § 704.010 | Unemployment Benefits and Contributions | CCP § 704.120 |
| Irrigation System Retirement Benefits | CCP § 704.110 | Uniforms | CCP § 704.060 |
| Jewelry | CCP § 704.040 | Vacation Credits (Public Employees) | CCP § 704.113 |
| Judges Survivors Benefits (Federal) | 28 USC § 376(n) | Veterans Benefits | 38 USC § 5301 |
| Legislators Retirement Benefits | CCP § 704.110 | Veterans Medal of Honor Benefits | 38 USC § 1562 |
| | Govt C § 9359.3 | Wages | CCP § 704.070 |
| Licenses | CCP § 695.060 | | CCP § 706.050 |
| | CCP § 720(a)(1) | | CCP § 706.051 |
| Lighthouse Keepers Surviving Spouses Benefit | 33 USC § 775 | Welfare Payments | CCP § 704.170 |
| Longshore and Harbor Workers Compensation or Benefits | 33 USC § 916 | | Welf & I C § 17409 |
| Military Benefits: | | Workers Compensation Claims or Awards | CCP § 704.160 |
| Retirement | 10 USC § 1440 | Wrongful Death Actions or Damages | CCP § 704.150 |
| Survivors | 10 USC § 1450 | | |
| Military Personnel—Property | 50 USC § 3934 | | |

EJ-156

**CURRENT DOLLAR AMOUNTS OF EXEMPTIONS FROM ENFORCEMENT OF JUDGMENTS**
Code of Civil Procedure sections 703.140(b) and 704.010 et seq.

**EXEMPTIONS UNDER SECTION 703.140(b)**

The following lists the current dollar amounts of exemptions from enforcement of judgment under Code of Civil Procedure section 703.140(b) used in a case under title 11 of the United States Code (bankruptcy).

These amounts are effective April 1, 2022. Unless otherwise provided by statute after that date, they will be adjusted at each three-year interval, ending on March 31. The amount of the adjustment to the prior amounts is based on the change in the annual California Consumer Price Index for All Urban Consumers for the most recent three-year period ending on the preceding December 31, with each adjusted amount rounded to the nearest $25. (See Code Civ. Proc., § 703.150(e).)

| Code Civ. Proc., § 703.140(b) | Type of Property | Amount of Exemption |
|---|---|---|
| (1) | The debtor's aggregate interest in real property or personal property that the debtor or a dependent of the debtor uses as a residence, or in a cooperative that owns property that the debtor or a dependent of the debtor uses as a residence | $ 31,950 |
| (2) | The debtor's interest in one or more motor vehicles | $ 6,375 |
| (3) | The debtor's interest in household furnishings, household goods, wearing apparel, appliances, books, animals, crops, or musical instruments, that are held primarily for the personal, family, or household use of the debtor or a dependent of the debtor (value is of any particular item) | $ 800 |
| (4) | The debtor's aggregate interest in jewelry held primarily for the personal, family, or household use of the debtor or a dependent of the debtor | $ 1,900 |
| (5) | The debtor's aggregate interest, plus any unused amount of the exemption provided under paragraph (1), in any property | $ 1,700 |
| (6) | The debtor's aggregate interest in any implements, professional books, or tools of the trade of the debtor or the trade of a dependent of the debtor | $ 9,525 |
| (8) | The debtor's aggregate interest in any accrued dividend or interest under, or loan value of, any unmatured life insurance contract owned by the debtor under which the insured is the debtor or an individual of whom the debtor is a dependent | $ 17,075 |
| (11)(D) | The debtor's right to receive, or property traceable to, a payment on account of personal bodily injury of the debtor or an individual of whom the debtor is a dependent | $ 31,950 |

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-156 [Rev. July 15, 2022]

**CURRENT DOLLAR AMOUNTS OF EXEMPTIONS FROM ENFORCEMENT OF JUDGMENTS**

Code of Civil Procedure,
§§ 703.140, 703.150,
704.010 et seq.
www.courts.ca.gov

EJ-156

## CURRENT DOLLAR AMOUNTS OF EXEMPTIONS FROM ENFORCEMENT OF JUDGMENTS
### Code of Civil Procedure sections 703.140(b) and 704.010 et seq.
### EXEMPTIONS UNDER SECTION 704.010 et seq.

The following lists the current dollar amounts of exemptions from enforcement of judgment under title 9, division 2, chapter 4, article 3 (commencing with section 704.010) of the Code of Civil Procedure.

The amount of the automatic exemption for a deposit account under section 704.220(a) is effective July 1, 2022, and unless otherwise provided by statute after that date, will be adjusted annually effective July 1 by the Department of Social Services under Welfare and Institutions Code section 11453 to reflect the minimum basic standard of care for a family of four as established by § 11452.*

The other amounts are all effective April 1, 2022. Unless otherwise provided by statute after that date, they will be adjusted at each three-year interval, ending on March 31. The amount of the adjustment to the prior amounts is based on the change in the annual California Consumer Price Index for All Urban Consumers for the most recent three-year period ending on the preceding December 31, with each adjusted amount rounded to the nearest $25. (See Code Civ. Proc., § 703.150(e).)

| Code Civ. Proc. Section | Type of Property | Amount of Exemption |
|---|---|---|
| 704.010 | Motor vehicle (any combination of aggregate equity, proceeds of execution sale, and proceeds of insurance or other indemnification for loss, damage, or destruction) | $ 3,625 |
| 704.030 | Material to be applied to repair or maintenance of residence | $ 3,825 |
| 704.040 | Jewelry, heirlooms, art | $ 9,525 |
| 704.060 | Personal property used in debtor's or debtor's spouse's trade, business, or profession (amount of exemption for commercial motor vehicle not to exceed $4,850) | $ 9,525 |
| 704.060 | Personal property used in debtor's and spouse's common trade, business, or profession (amount of exemption for commercial motor vehicle not to exceed $9,700) | $ 19,050 |
| 704.220 | Deposit account, generally (exemption without claim; amount per judgment debtor, section 704.220(a),(e))[1] | $ 1,947* |
| 704.080 | Deposit account with direct payment of social security or public benefits (exemption without claim, section 704.080(b))[2] | |
| | • Public benefits, one depositor is designated payee | $ 1,900 |
| | • Social security benefits, one depositor is designated payee | $ 3,825 |
| | • Public benefits, two or more depositors are designated payees [3] | $ 2,825 |
| | • Social security benefits, two or more depositors are designated payees [3] | $ 5,725 |
| 704.090 | Inmate trust account | $ 1,900 |
| | Inmate trust account (restitution fine or order) | $ 325 [4] |
| 704.100 | Aggregate loan value of unmatured life insurance policies | $ 15,250 |

[1] This exemption does not preclude or reduce other exemptions for deposit accounts. However, if the exemption amount for the deposit account applicable under other automatic exemptions—such as those applicable for direct deposit of social security benefits or public benefits—is greater under the other exemptions, then those apply instead of this one. (Code Civ. Proc., § 704.220(b).)

[2] The amount of a deposit account with direct deposited funds that exceeds exemption amounts shown is also exempt to the extent it consists of payments of public benefits or social security benefits. (Code Civ. Proc., § 704.080(c).)

[3] If only one joint payee is a beneficiary of the payment, the exemption is in the amount available to a single designated payee. (Code Civ. Proc., § 704.080(b)(3) and (4).)

[4] This amount is not subject to adjustments under Code Civ. Proc., § 703.150.

Judicial Council of California
EJ-156 [Rev. July 15, 2022]

**CURRENT DOLLAR AMOUNTS OF EXEMPTIONS FROM ENFORCEMENT OF JUDGMENTS**

Page 2 of 2

**[NOT FOR WAGE GARNISHMENT]**
**RETURN TO LEVYING OFFICER. DO NOT FILE WITH COURT**

EJ-160

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR LEVYING OFFICER USE ONLY (Levying Officer Name and Address) |
|---|---|
| TELEPHONE NO.:   FAX NO. (Optional): | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

LEVYING OFFICER FILE NUMBER:

**CLAIM OF EXEMPTION**
(Enforcement of Judgment)

FOR COURT USE ONLY

CASE NUMBER:

Copy all the information required above (except the top left space) from the **Notice of Levy**. *The top left space is for your name or your attorney's name and address. The original and one copy of this form must be filed with the levying officer.*
**DO NOT FILE WITH THE COURT.**

1. My name is:
2. Papers should be sent to:
   ☐ me.
   ☐ my attorney (I have filed with the court and served on the judgment creditor a request that papers be sent to my attorney and my attorney has consented in writing on the request to receive these papers.)
   at the address ☐ shown above ☐ following *(specify)*:

3. ☐ I am not the judgment debtor named in the notice of levy. The name and last known address of the judgment debtor *is (specify)*:

4. The property I claim to be exempt is *(describe)*:

5. The property is claimed to be exempt under the following code and section *(specify)*:

6. The facts which support this claim are *(describe)*:

7. ☐ The claim is made pursuant to a provision exempting property to the extent necessary for the support of the judgment debtor and the spouse and dependents of the judgment debtor. **A Financial Statement form is attached to this claim.**

8. ☐ The property claimed to be exempt is
   a. ☐ a motor vehicle, the proceeds of an execution sale of a motor vehicle, or the proceeds of insurance or other indemnification for the loss, damage, or destruction of a motor vehicle.
   b. ☐ tools, implements, materials, uniforms, furnishings, books, equipment, a commercial motor vehicle, a vessel, or other personal property used in the trade, business or profession of the judgment debtor or spouse.
   c. all other property of the same type owned by the judgment debtor, either alone or in combination with others, is *(describe)*:

9. ☐ The property claimed to be exempt consists of the loan value of unmatured life insurance policies (including endowment and annuity policies) or benefits from matured life insurance policies (including endowment and annuity policies). All other property of the same type owned by the judgment debtor or the spouse of the judgment debtor, either alone or in combination with others, is *(describe)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:

▶

(TYPE OR PRINT NAME)                                    (SIGNATURE OF DECLARANT)

Page 1 of 1

Form Approved by the
Judicial Council of California
EJ-160 [Rev. January 1, 2009]

**CLAIM OF EXEMPTION**
(Enforcement of Judgment)

Code of Civil Procedure, § 703.520
www.courtinfo.ca.gov