USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | | COURT CASE NUMBER |
|---|---|---|
| AK Futures LLC | **FILED**<br>CLERK, U.S. DISTRICT COURT<br>**12/15/22**<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: **CS**    DEPUTY | 8:21-cv-01061-JVS-ADS |
| DEFENDANT | | TYPE OF PROCESS |
| Smoke Tokes LLC | | Judgment Enforcement |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE** | SMOKE TOKES LLC |
| **AT** | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | 401 East 2nd Street, Los Angeles, CA  90012 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Thomas C. Frost, Esq.,<br>THE FROST FIRM<br>301 Santa Fe Dr., Suite B<br>Encinitas, CA  92024 | Number of process to be served with this Form 285 | 2 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                                                  Fold

1. Court Ordered Process [Dkt 36, P. 3]: (a) Judgment and Permanent Injunction [Dkt 26]; (b) Writ of Execution [Dkt 34]; (c) Enforcement Order [Dkt 36]; and (d) Judgment Creditor's Ex Parte Application For Order Enforcing Writ Of Execution (including declarations and exhibits) [Dkts 35 & 35-1 to 35-19].
2. Enf. Judgment: (a) EJ-150 Notice of Levy and MC-012 Memo of Costs [Dkt 40]; (b) EJ-155 & 156; and (c) EJ-160

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>858-663-6301 | DATE<br>11/23/22 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>2 | District of Origin<br>No. 12 | District to Serve<br>No. 12 | Signature of Authorized USMS Deputy or Clerk | Date<br>12/9/2022 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation. etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date<br>12/9/2622 | Time<br>0800 | ☒ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| # 4,160.00 | 0 | | # 4,160.00 | | $0.00 |

REMARKS:

| # of DUSMS: 9 |
|---|
| # of hours for all DUSMS: 64 |
| # of round trip miles for all vehicles: 0 |

PRIOR EDITIONS MAY BE USED

| **PRINT 5 COPIES:** | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT |
|---|---|

Form USM-285
Rev. 12/15/80
Automated 01/00

LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**
United States Marshals Service

## Seized Property and Evidence Control

INSTRUCTIONS: Use Form USM-102 to record the transfer of seized property from one agency or individual to another. Maintain completed forms in the property file.

**1. DISTRICT:**

Central District of California

**2. RECEIVED FROM (NAME AND ADDRESS):**

Thomas C. Frost, Esq. The Frost Firm, 301 Santa Fe Dr, Suite B, Encinitas, CA 92024

| 3. CASE NO.: | 4. CASE TITLE: |
|---|---|
| 8:21-CV-01061 | AK Futures LLC v. Smoke Tokes LLC |

**5. SUBJECT (NAME AND ADDRESS):**

AK Futures LLC v. Smoke Tokes LLC, 401 East 2nd Street, Los Angeles, CA 90012

| 6. ITEM NO. | 7. QUANTITY | 8. DESCRIPTION OF ARTICLE *(Include model, serial no., identifying marks, condition, value, etc.)* | 9. STORAGE LOCATION |
|---|---|---|---|
| 1 | 10 | CAKE STRAWBERRY COUGH TERPINE INFUSED CONES | SUB CUSTODIAN |
| 2 | 6 | CAKE BANANA RUNTZ TERPINE INFUSED CONES | |
| 3 | 4 | CAKE BLUEBERRY COOKIES TERPINE INFUSED CONES | |
| 4 | 4 | CAKE PURPLE PUNCH TERPINE INFUSED CONES | |
| 5 | 5 | CAKE WEDDING CAKE TERPINE INFUSED CONES | |
| 6 | 12 | CAKE BATTERIES | |

Form USM-102
Rev. 08/16

LAW ENFORCEMENT SENSITIVE

| 6. ITEM NO. | 7. QUANTITY | 8. DESCRIPTION OF ARTICLE *(Include model, serial no., identifying marks, condition, value, etc.)* | 9. STORAGE LOCATION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Form USM-102
Rev. 08/16

LAW ENFORCEMENT SENSITIVE

| 6. ITEM NO. | 7. QUANTITY | 8. DESCRIPTION OF ARTICLE *(Include model, serial no., identifying marks, condition, value, etc.)* | 9. STORAGE LOCATION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Form USM-102
Rev. 08/16

LAW ENFORCEMENT SENSITIVE

| 6. ITEM NO. | 7. QUANTITY | 8. DESCRIPTION OF ARTICLE *(Include model, serial no., identifying marks, condition, value, etc.)* | 9. STORAGE LOCATION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Form USM-102
Rev. 08/16

LAW ENFORCEMENT SENSITIVE

| 6. ITEM NO. | 7. QUANTITY | 8. DESCRIPTION OF ARTICLE *(Include model, serial no., identifying marks, condition, value, etc.)* | 9. STORAGE LOCATION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Form USM-102
Rev. 08/16

ᴶᶜ    Eɴⱼᶜᴀᴿᴀᴸ    (Rᴏ3ᴿⱼ)
JC  21- 34195

LAW ENFORCEMENT SENSITIVE

| 6. ITEM NO. | 7. QUANTITY | 8. DESCRIPTION OF ARTICLE *(Include model, serial no., identifying marks, condition, value, etc.)* | 9. STORAGE LOCATION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ADD ITEM

I certify that I have received and hold myself accountable for the articles listed above.

| 10. NAME: TLALOC GUERA | 11. TITLE: DUSM | 12. AGENCY: USMS |
|---|---|---|
| 13. SIGNATURE: | | 14. DATE: 12-9-22 |

## CHAIN OF CUSTODY

| 15. ITEM NO. | 16. DATE | 17. RELINQUISHED BY | 18. RECEIVED BY | 19. PURPOSE |
|---|---|---|---|---|
| JC # 21-34195 | 12/9/22 | NAME & AGENCY: USMS  T. GUERA  SIGNATURE: | NAME & AGENCY: A. PRATT (IC)  SIGNATURE: | SEIZURE / ARREST  CAKE PRODUCT |
| | | NAME & AGENCY:  SIGNATURE: | NAME & AGENCY:  SIGNATURE: | |
| | | NAME & AGENCY:  SIGNATURE: | NAME & AGENCY:  SIGNATURE: | |

Form USM-102
Rev. 08/16

LAW ENFORCEMENT SENSITIVE

| 15. ITEM NO. | 16. DATE | 17. RELINQUISHED BY | 18. RECEIVED BY | 19. PURPOSE |
|---|---|---|---|---|
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |

ADD ITEM

Form USM-102
Rev. 08/16

Harsson
657 - 254 - 7418
805 - 453 - 2809

# EVIDENCE PROPERTY RECEIPT

I.C. # 21-34195

PAGE 1 OF 1

Date: 12-9-22  Prepared by: A. PRATT  ID: CAKE REPRESENTATIVE
Law Enforcement: US MARSHALS  I/O:
Received from:
Information:
Business name: SMOKE TOKES
Address: 401 E. 2ND STREET  LOS ANGELES, CA

| ITEM# | QUANTITY | BRAND | DESCRIPTION |
|-------|----------|-------|-------------|
| 1 | 10 | CAKE | STRAWBERRY COUGH TERPINE INFUSED CONES |
| | 6 | CAKE | BANANA RNTZ TERPINE INFUSED CONES |
| | 4 | CAKE | BLUEBERRY COOKIES TERPINE INFUSED CONES |
| | 4 | CAKE | PURPLE PUNCH TERPINE INFUSED CONES |
| | 5 | CAKE | WEDDING CAKE TERPINE INFUSED CONES |
| | 12 | CAKE | BATTERIES |

SAFEGUARD. LITHO USA  Form No. 811-3/Y08CS000140  11/08